| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kozinski, Alex | Ninth Circuit Court of Appeals | 08/17/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 1/1/2016 to 12/31/2016 |

**7. Chambers or Office Address**

125 S. Grand Avenue
Suite 200
Pasadena, CA 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 08/17/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3/17-19 | University of Montana Foundation -Teaching | $1,500.00 |
| 2. 3/30-4/2 | Univ. of Texas-Teaching | $5,000.00 |
| 3. 9/28-30 | UNC School of Law | $4,519.20 |
| 4. 10/13-14 | Northwestern School of Law-Teaching | $500.00 |
| 5. 9/1-12/31 | NYU School of Law-Teaching | $15,850.00 |
| 6. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Trial Lawyers | 3/3-12 | Maui, HI | Speaking | Travel & Lodging self & spouse |
| 2. | Montana Law Review | 3/17-19 | Missoula, Montana | Teaching | Travel & Lodging |
| 3. | University of Texas School of Law | 3/30-4/2 | Austin, TX | Teaching | Travel & Lodging |
| 4. | Yale Law School | 4/9-12 | New Haven, CT. | Speaking | Travel & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 08/17/2017 |

| | | | | |
|---|---|---|---|---|
| 5. | U.C. Berkeley School of Law | 5/17-20 | Berkeley, CA | Speaking | Travel & Lodging |
| 6. | Yale Law School (NYC Bar Assoc. Panel) | 6/12/-14 | New York, NY | Speaking | Travel & Lodging |
| 7. | The Fund for American Studies | 7/8-12 | Arlington, CA | Speaking | Travel & Lodging |
| 8. | Oregon Coastal Caucus | 8/8-9 | North Bend, OR | Speaking | Travel & Lodging |
| 9. | NYU School of Law | 8/31/-9/1 | New York, NY | Teaching | Travel & Lodging |
| 10. | NYU School of Law | 9/10-13 | New York, NY | Teaching | Travel & Lodging self & spouse |
| 11. | Yale Law School | 9/13-15 | New Haven, CT | Speaking | Travel & Lodging self & spouse |
| 12. | NYU School of Law | 9/15-17 | New York, NY | Teaching | Travel & Lodging self & spouse |
| 13. | Loeb & Loeb IP/ Entertainment Law Conference | 9/20-21 | Los Angeles, CA | Speaking | Parking |
| 14. | CBS-60 Minutes | 9/27-28 | New York, NY | Interview | Travel & Lodging |
| 15. | UNC Law School | 9/28-30 | Raleigh/Durham, NC | Teaching | Travel & Lodging |
| 16. | NYU School of Law | 9/30-10/4 | New York, NY | Teaching | Travel & Lodging |
| 17. | Northwestern School of Law | 10/13-14 | Chicago, Ill. | Teaching | Travel & Lodging |
| 18. | Assoc. of Corporate Counsel | 10/17 | San Francisco, CA | Speaking | Travel & Lodging |
| 19. | Univ. of Minnesota School of Law | 10/20-21 | Minneapolis, MN | Speaking | Travel & Lodging |
| 20. | Cardoza Law School | 10/26-11/5 | New York, NY | Speaking | Travel & Lodging self & spouse |
| 21. | NYU School of Law | 11/9-11 | New York, NY | Teaching | Travel & Lodging |
| 22. | NYU School of Law | 11/27-12/3 | New York, NY | Teaching | Travel & Lodging self & spouse |
| 23. | NYU School of Law | 12/7-10 | New York, NY | Teaching | Travel & Lodging self & spouse |
| 24. | NYU School of Law | 12/19-31 | New York, NY | Teaching | Travel & Lodging self & spouse |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 08/17/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 121 SHS STANCORP | | | J | T | Sold | 03/09/16 | K | E | |
| 2. DREYFUS MUNI MONEY MARKET FUND | A | Interest | L | T | | | | | |
| 3. SCHWAB MONEY MARKET FUND | A | Interest | N | T | | | | | |
| 4. Fidelity Cash Reserves(FDRXX) | A | Interest | K | T | | | | | |
| 5. TIP | A | Dividend | K | T | | | | | |
| 6. HYG | A | Dividend | K | T | | | | | |
| 7. BND | A | Dividend | J | T | | | | | |
| 8. VWO | A | Dividend | K | T | | | | | |
| 9. VGK | A | Dividend | K | T | | | | | |
| 10. VPL | A | Dividend | K | T | | | | | |
| 11. VNQ | A | Dividend | J | T | | | | | |
| 12. VB | A | Dividend | J | T | | | | | |
| 13. SPDR | A | Dividend | J | T | | | | | |
| 14. (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 15. (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |
| 16. Malaga Bank Premier Market | A | Interest | N | T | | | | | |
| 17. Chase Bank-Chase Plus Savings & Checking | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 08/17/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 14. The 2015 report indicated that this investment was sold, however it was only partially sold (it was held in two different accoutns, one of which was sold), which is why it is still included in this report.

Line 16-17. These accounts were not previously disclosed due to a misreading of the instructions with respect to disclosing bank accounts. I have undertaken to obtain the relevant information for prior years, which is included below:

Malaga Bank: Premier Market Account

| Year | Income | Type | Gross Value | Value Method |
|---|---|---|---|---|
| 2010 | A | Interest | N | T |
| 2011 | A | Interest | N | T |
| 2012 | A | Interest | N | T |
| 2013 | A | Interest | N | T |
| 2014 | A | Interest | N | T |
| 2015 | A | Interest | N | T |

Chase Bank: Chase Plus Savings (Openened in 2011) & Interest Checking Account (Opened in 2010)

| 2010 | A | Interest | K | T |
|---|---|---|---|---|
| 2011 | A | Interest | K | T |
| 2012 | A | Interest | K | T |
| 2013 | A | Interest | K | T |
| 2014 | A | Interest | K | T |
| 2015 | A | Interest | K | T |

AMENDMENT

Part VII

Line 1

These 121 shares were automatically issued to life insurance policy holders when The Standard, a life insurance company, became a publicly traded company, and were not held in a brokerage account and were not actively bought or sold.

The records were maintained by the company's transfer agent.

Apparently there was a stock split in 2005 of which I was not aware, so the total amount of shares was actually 242. The company was acquired in 2016 by Meiji Yasuda Life Insurance Company which retired the shares.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alex Kozinski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544